| | |
|---|---|
| Appellate Docket Number: | 06-15-00204-CR thru 06-15-00214-CR |
| Appellate Case Style: Style: | Patrick Ortega |
| Vs. | State of Texas |
| Companion Case: | N/A |

FILED IN
The Court of Appeals
Sixth District

RECEIVED IN
The Court of Appeals
Sixth District

DEC 2 8 2015

DEC 2 8 2015

Texarkana, Texas

Texarkana, Texas
Debra Autrey, Clerk

Debra K. Autrey, Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: Sixth District

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Patrick | ☐ Lead Attorney |
| Middle Name: N/A | First Name: Pro Se N/A |
| Last Name: Ortega | Middle Name: N/A |
| Suffix: N/A | Last Name: N/A |
| Appellant Incarcerated? ☑ Yes ☐ No | Suffix: N/A |
| Amount of Bond: N/A | ☐ Appointed   ☐ District/County Attorney |
| Pro Se: ◉ | ☐ Retained   ☐ Public Defender |
| | Firm Name: N/A |
| | Address 1: N/A |
| | Address 2: N/A |
| | City: N/A |
| | State: Texas   Zip+4: N/A |
| | Telephone: N/A   ext. N/A |
| | Fax: N/A |
| | Email: N/A |
| | SBN: N/A |
| | Add Another Appellant/ Attorney |

## III. Appellee

First Name: State Of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☐ Lead Attorney

First Name: Richard

Middle Name: N/A

Last Name: Glaser

Suffix: N/A

☐ Appointed   ☑ District/County Attorney

☐ Retained   ☐ Public Defender

Firm Name: N/A

Address 1: N/A 101 E. Sam Rayburn Dr.

Address 2: N/A

City: Bonham

State: Texas   Zip+4: 75418

Telephone: Unknown   ext. N/A

Fax: N/A

Email: N/A

SBN: Unknown

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Nunc Pro Tunc

Type of Judgment: Order

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: 11-3-2015

Offense charged: N/A

Date of offense: N/A

Defendant's plea: N/A

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☑ No

Was the trial by: ☐ jury or ☑ non-jury?

Date notice of appeal filed in trial court: 12-2-2015

If mailed to the trial court clerk, also give the date mailed: 12-2-2015

Punishment assessed: N/A

Is the appeal from a pre-trial order? ☐ Yes ☑ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☑ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☑ No   If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☑ No   If yes, date filed:

Other: ☑ Yes ☐ No   If yes, date filed:

If other, please specify: Motion For Nunc Pro Tunc Order

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☑ Yes ☐ No ☐ NA   If yes, date filed: 12-2-2015

Date of hearing: Unknown   ☐ NA

Date of order: Unknown   ☐ NA

Ruling on motion: ☐ Granted ☐ Denied ☐ NA   If granted or denied, date of ruling: Unknown

## VIII. Trial Court And Record

**Court:** 336th Judicial District Ct.

**County:** Fannin

**Trial Court Docket Number (Cause no):** CRI224183
CRI224234 thru CRI224243

**Trial Court Judge (who tried or disposed of the case):**

**First Name:** Laura

**Middle Name:** N/A

**Last Name:** Brown

**Suffix:** N/A

**Address 1:** 101 E. Sam Rayburn Dr. Ste 201

**Address 2:**

**City:** Bonham

**State:** Texas   **Zip + 4:** 75418

**Telephone:** N/A   ext. N/A

**Fax:** N/A

**Email:** N/A

**Clerk's Record:**

**Trial Court Clerk:** ☑ District   ☐ County

**Was clerk's record requested?** ☑ Yes ☑ No

If yes, date requested: 12-2-2015

If no, date it will be requested:

**Were payment arrangements made with clerk?**
☐ Yes ☐ No ☑ Indigent

---

**Reporter's or Recorder's Record:**

Is there a reporter's record? ☑ Yes ☐ No

Was reporter's record requested? ☑ Yes ☐ No

Was the reporter's record electronically recorded? ☑ Yes ☐ No

If yes, date requested: 12-2-2015

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes ☐ No ☑ Indigent

---

☑ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

**First Name:** Unknown

**Middle Name:**

**Last Name:**

**Suffix:**

**Address 1:** 101 E. Sam Rayburn Dr. Ste 201

**Address 2:**

**City:** Bonham

**State:** Texas   **Zip + 4:** 75418

**Telephone:** N/A   ext. N/A

**Fax:** N/A

**Email:** N/A

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: _N/A_          Court: _N/A_

Style: _N/A_

Vs.  State of Texas

## X. Signature

_[signature]_

Signature of counsel (or Pro Se Party)          Date: _12-21-2015_

Printed Name: _Patrick Ortega_          State Bar No: _N/A_

Electronic Signature: _N/A_          Name: _Patrick Ortega_
(Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on _12-21-2015_ .

The Court only provided one copy, no access to a copier

_[signature]_

Signature of counsel (or pro se party)          Electronic Signature: _N/A_
(Optional)

State Bar No.: _N/A_

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, the name of the party represented by that attorney



Please enter the following for each person served:

Date Served: 12-21-2015

Manner Served: US Mail

First Name: Court of Appeals Clerk, Debra

Middle Name: K.

Last Name: Autrey

Suffix: N/A

Law Firm Name: N/A

Address 1: 100 N. Stateline Ave. #20

Address 2:

City: Texarkana

State: Texas    Zip+4: 75501

Telephone: (903) 798-3046    ext.

Fax: N/A

Email: N/A

Dear Clerk, Please Serve the District Attorney I have no access to a photo copier
Thank You
Respectfully

A.D.A. Richard Glaser
101 E. Sam Rayburn Dr. Suite 201
Bonham, TX. 75418

Patrick Ortega #1809035
Boyd Unit
200 Spur 113
Teague TX 75860

<u>Legal Mail</u>

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION

7550135574 C002

Office Of The Clerk
Sixth District Court Of Appeals
Bi-State Justice Building
100 North State Line Avenue #20
Texarkana TX. 75501